IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br> )<br>FTX TRADING LTD., et al., )<br> )<br> )<br> )<br>Debtors. )<br>_____)<br>AHMED ABD EL-RAZEK, )<br>SUNIL KAVURI, and )<br>PAT RABBITTE )<br>Appellants, )<br> )<br>v. )<br> )<br>FTX TRADING LTD., )<br> )<br>Appellee. )<br>_____) | Chapter 11<br>Bankruptcy Case No. 22-11068-JTD<br>Bankr. BAP No. 24-62<br><br><br><br><br><br><br>Civil Action 24-1178-CFC |

**ORDER**

At Wilmington this 2nd day of December 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **January 10, 2025.**

2. Appellee's brief in opposition to the appeal is due on or before **February 24, 2025**

3. Appellants' reply brief is due on or before **March 17, 2025.**

_____
Chief Judge